**Opinion issued June 20, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00061-CV

———————————

## HATEM TAWFIQ ALGHUTI, Appellant

## V.

## RAWAN AL-NAJJAR, Appellee

---

**On Appeal from the County Court at Law No 2**
**Galveston County, Texas**
**Trial Court Case No. 22-FD-2586**

---

## MEMORANDUM OPINION

Appellant Hatem Tawfiq Alghuti appeals from a judgment signed November 28, 2022. Appellant has not paid the required fees. Although appellant filed a statement of inability in the trial court, the trial court sustained the contest, finding that appellant could afford payment of court costs. *See* TEX. R. CIV. P. 145(f); TEX.

R. App. P. 20.1; *see also* Tex. Gov't Code §§ 51.207, 51.208, 51.941(a), 101.041; Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Appellant did not challenge the trial court's ruling concerning appellant's ability to afford payment of costs.

Appellants failed to respond to our notice of May 16, 2023 that, should appellant not pay the fee, this appeal was subject to dismissal. *See* Tex. R. App. P. 5 (allowing enforcement of rule), 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.